Appellate Division, Third Department. January 8, 1908.) Action by Arthur G. Leach against the International Paper Company. No opinion. Judgment affirmed, with costs.

LECENT, Respondent, v. BOURCIER, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Josephine Lecent against John Bourcier, as administrator, etc., of Charles Bourcier, deceased. No opinon. Judgment of the Municipal Court affirmed by default, with costs.

LEVEY v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Jay A. Levey against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

LONGENECKER, Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by David R. Longenecker against John R. Kuhn and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

LOUGNOT, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Nicholas Lougnot, as administrator, etc., against the Central New York Telephone & Telegraph Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence.

LOVE, Appellant, v. LUSHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by John H. Love, Jr., against Walter R. Lusher and others. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH, Respondent, v. AMERICAN LINSEED CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Jeremiah F. Lynch against the American Linseed Company. No opinion. Motion denied, without costs.

McCARTHY, Respondent, v. UNION-SUN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Florence McCarthy, by guardian, etc., against the Union-Sun Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event. Held, that the finding of the jury that the defendant was guilty of negligence and that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

SPRING and KRUSE, JJ., dissent, and vote for affirmance.

McCRUM, Appellant, v. LEX REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Lloyd G. McCrum against the Lex Realty Company and another. W. P. Maloney, for appellant. R. T. Greene, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

McGILL, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Nelson A. McGill against John F. Brady and others. No opinion. Motion denied, on terms stated in order. Order filed.

McKENNA, Appellant, v. NEW AMSTERDAM CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Michael F. McKenna, as administrator, against the New Amsterdam Company. B. W. Gibson, for appellant. J. A. Garver, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

McLAIN, Respondent, v. HOUSEHOLD SEWING MACH. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Frank C. McLain against the Household Sewing Machine Company. S. P. Anderson, for appellant. S. H. Ordway, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

PATTERSON, P. J., and LAMBERT, J., dissent.

McNAMARA, Appellant, v. GOLDAN, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Daniel McNamara against S. Ormond Goldan. J. N. Tuttle, for appellant. A. Steckler, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARIETTA, Appellant, v. CLEVELAND, C., C. & ST. L. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Nicholas Marietta against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. A. R. Genet, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Judgment (100 N. Y. Supp. 1027) affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

MALDONADO & CO., Respondent, v. ESPEN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Maldonado & Co. against Frank B. Espen and others. J. C. Guggenheimer, for appellants. F. F. Neumann, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MAMELOK v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Rose Mamelok against the Consolidated Gas